IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>CARLETON CONNER,<br><br>           Defendant. | **8:13CR198**<br><br>**ORDER** |

      The defendant appeared before the Court on June 7, 2023 regarding Restricted Motion to Review Detention [213].  Yvonne Sosa represented the defendant.  Thomas Kangior represented the government.

      The Court, being fully advised in the premises and after and the arguments of the parties, finds that the Restricted Motion to Review Detention [213] should be granted. The defendant shall be released on the current terms and conditions of supervision, with the additional conditions that the defendant shall avoid all contact, directly or indirectly, with A. C. and shall participate in domestic violence programming recommended by his probation officer. Defendant shall be released immediately.

      Dated this 7th day of June, 2023.

                                                                             BY THE COURT:

                                                                             s/ Susan M. Bazis
                                                                             United States Magistrate Judge